**Opinion issued June 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00065-CV

———————————

**RICHARD SWAIM INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF KAREN SWAIM, Appellant**

**V.**

**NANNETTE REAL ESTATE HOLDINGS, L.L.C. AND CHARLES RAYFORD GLOVER, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1113301**

---

## MEMORANDUM OPINION

Appellant appealed the trial court's January 7, 2019 order granting a temporary injunction. On February 21, 2019, this Court issued an order advising the parties that the trial court's temporary injunction order did not contain a trial setting

and requested responses from the parties whether the order was void. *See* TEX. R. CIV. P. 683. On March 4, 2019, appellant responded to this Court's order and attached a copy of the trial court's February 26, 2019 modified temporary injunction order that included a trial setting.

Now, appellant has filed a motion to dismiss the appeal. Appellees are unopposed to dismissal, but continue to seek sanctions against appellant for a frivolous appeal. Appellees contend that they are entitled to sanctions because appellant continued to appeal the original order when it was vacated and modified.

Rule 45 permits an appellate court to impose sanctions if it determines that the appeal is frivolous. *See* TEX. R. APP. P. 45. "An appeal is frivolous when the record, viewed from the perspective of the advocate, does not provide reasonable grounds for the advocate to believe that the case could be reversed." *Woods v. Kenner*, 501 S.W.3d 185, 198 (Tex. App.—Houston [1st Dist.] 2016, no pet.). The decision whether to award sanctions is a matter of discretion, which we exercise cautiously. *See id.* Given that appellant has filed a motion to dismiss the appeal, the Court declines to impose sanctions.

We grant appellant's motion and dismiss the appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.